# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-2733

Michael Torre, et al v. Liberty Mutual Fire Insurance, et al

3-13-cv-06665

# O R D E R

The Court has received the Brief and Supplemental Appendix from **Liberty Mutual Fire Insurance Co**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Certification that electronic version is identical to the paper copies.

**.** Certification that a virus detection program was run and no viruses were detected

**.** Certificate of Bar Membership

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix filed without a motion for leave to file

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Liberty Mutual Fire Insurance Co** must file an addendum to brief containing the missing sections of the brief listed above in electronic format only.

In order to cure errors with respect to FORM, **Liberty Mutual Fire Insurance Co** must electronically file a motion for leave to file supplemental appendix attached to brief with a Certificate of Service attached.

**Counsel or the party(ies) must correct the above listed deficiencies by 12/08/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:   12/3/2014

**MCW/cc:**   Keith M. Detweiler, Esq.
  **Gerald J. Nielsen, Esq.**
  **Geraldine A. Torre,**
  **Michael S. Torre,**

**For questions please contact the Clerk's Office at 267-299-4940.**