NO. 14-2733

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

MICHAEL S. TORRE AND GERALDINE A. TORRE

Plaintiffs - Appellants

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY

Defendant - Appellant

_____

Appeal from the United States District Court
District of New Jersey
Civil Action No:  3:13-cv-06665

_____

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX**

_____

Gerald J. Nielsen, LA S.B. 17078          NICHOLAS A. VYTELL. N.J.S.B.
Keith M. Detweiler, LA S.B. 20784       CARROLL MCNULTY KULL, LLC
NIELSEN, CARTER & TREAS, LLC          120 Mountain View Blvd.
3838 N. Causeway Blvd. Suite 2850       Basking Ridge, NJ 07920
Metairie, LA 70002                                  Telephone: (908) 848-1231
Telephone: (504) 837-3500                     Counsel for Appellees: Liberty Mutual
Counsel for Appellees: Liberty Mutual    Fire Insurance Company
Fire Insurance Company

NOW INTO COURT, through undersigned counsel, comes Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended ("NFIA"),[1] appearing herein in its "fiduciary"[2] capacity as the "fiscal agent"[3] of the United States at the expense of the U. S. government, which respectfully files this Motion for Leave to File Supplemental Appendix.

WHEREFORE the Defendant,  Liberty Mutual Fire Insurance Company, hereby prays for leave to file its Supplemental Appendix.

Respectfully submitted,

NIELSEN, CARTER & TREAS, LLC

*/s/ Keith M. Detweiler*
Keith M. Detweiler, La. State Bar No. 20784
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
P: (504) 837-2500
F: (504) 832-9165
National Counsel for Liberty Mutual Fire Insurance Company

---

[1] *See* 42 U.S.C. §4001 *et seq*.

[2] 44 C.F.R. §62.23(f).

[3] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

*/s/ Nicholas A. Vytell*
Nicholas A. Vytell
Carroll McNulty Kull LLC
120 Mountain View Blvd.
Basking Ridge, NJ 07920
T: (908) 848-6300
F: (908) 848-6310
Local Counsel for Liberty Mutual Fire
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading upon the following counsel of record via electronic mail and/or via the court's electronic mail system and via Federal Express on this 4th day of December, 2014:

Michael S. Torre
Geraldine A. Torre
2790 Cypress Trace Circle, Unit 2222
Naples, FL 34119
Plaintiffs

*/s/ Keith M. Detweiler*
Keith M. Detweiler