Michael S. Torre
281 Vineyard Road
Huntington Bay, New York 11743
631-673-0549

December 6, 2014

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: Case Number 14-2733
District Case Number 3-13-cv-06665
Torre v. Liberty Mutual Fire Insurance, et al

Dear Ms. Waldron,

    I received the Order dated December 3, 2014 concerning the deficiencies in Liberty Mutual Fire Insurance Co.'s Brief. I am not able to comment on that Brief as neither I nor my wife have received or been served with the Brief. The November 17, 2014 Order of the Court stated that the Brief had to be served on us on or before December 1, 2014. As a result, the Appellee has not complied with the Court Order and the Brief should be rejected.

    Although I have no personal knowledge, I suspect that Appellee's Brief was mailed to an address in Naples, Florida. I assume this because on November 11, 2014 Appellee emailed to me a copy of the motion filed for a time extension to its time to file its Brief. The Certificate of Service shows that the Motion was mailed to Naples, Florida. I immediately emailed Appellee's attorneys that they sent the Motion to the wrong address and advised that papers should be mailed to the Huntington Bay, New York address. A copy of my email is enclosed.

    As background, my wife and I vacationed in Naples, Florida last year and on January 8, 2013 I filed a Notice of Temporary Change of Address for the period of January 15, 2013 through April 1, 2013. The Court advised me that I had to file another Change of Address for when we returned to New York. I filed and served that Notice of Change of Address on March 31, 2013. You will find these two Notices on the District Court's Civil Docket as Item numbers 10 and 23 respectively. Moreover the Notice of Appeal, Appellant's Brief and every communication between me and Appellee's attorneys concerning the appeal have my address as the New York address. As a result of the above, there simply is no logical reason for Appellee to have mailed anything concerning this appeal to Naples, Florida and the Court should reject the Brief for failure to comply with the Court's November 17, 2014 Order.

Very truly yours,

Michael S. Torre

Cc. Carroll, McNulty, Kull, LLC



Michael Torre <mtorre27@gmail.com>

## Torre v. Liberty Mutual Fire Ins. Co. [IWOV-CMK_Docs.FID1188980]

**Michael Torre** <mtorre27@gmail.com>  Tue, Nov 11, 2014 at 5:21 PM
To: Laura Szelingiewicz <lszeling@cmk.com>

Please note hat you have my address wrong. You should use the address on my Brief, etc., which is 281 Vineyard Road, Huntington Bay, N.Y. 11743. You may want to advise the Court of Appeals of the mistake as the only address they have is the one on the Brief, etc.

[Quoted text hidden]