UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-2733

Torre v. Liberty Mutual Fire Insurance Company

To:     Clerk

1)      Motion by Appellee for Leave to File Supplemental Appendix

The foregoing motion is denied without prejudice to renewal provided that any renewed motion set forth the grounds for the motion. See Fed. R. App. P. 27(a)(2).

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: December 10, 2014
MCW/cc:    Michael S. Torre
           Geraldine A. Torre
           Kathryn A. Callahan, Esq.
           Keith M. Detweiler, Esq.
           Kimberly A. Franko, Esq.
           Gerald J. Nielsen, Esq.
           Nicholas A. Vytell, Esq.
           J. Andrew Ruymann, Esq.